**File Hashes for IP Address 69.135.196.203**

**ISP:** Time Warner Cable
**Physical Location:** Mason, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/26/2015 07:12:33 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

SOH249